IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIELLE T. COLVIN, </br></br> Plaintiff, </br></br> v. </br></br> LOUIS DEJOY, Postmaster General, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) CASE NO. 2:19-CV-757-WKW </br> ) [WO] </br> ) </br> ) </br> ) </br> ) |

## **ORDER**

On November 11, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 25.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff Danielle T. Colvin's Motion for Remand (Doc. # 8) is DENIED.

DONE this 10th day of December, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE