IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIELLE T. COLVIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-757-WKW |
| | ) | [WO] |
| LOUIS DEJOY, Postmaster General, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 65.) The Recommendation concludes that Defendant's motion for summary judgment on Plaintiff's Title VII claims should be granted. Plaintiff timely filed objections. (Doc. # 67.) Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636, the court finds that the Recommendation is correct and that the objections lack merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. # 67) are OVERRULED.

(2) The Magistrate Judge's Recommendation (Doc. # 65) is ADOPTED.

(3) Defendant's Motion for Summary Judgment (Doc. # 57) is GRANTED.

Final judgment will be entered separately.

DONE this 7th day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE